# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

M. TERRI MASSALGIA,

    Plaintiff-Appellant,

v.                                  Case No. 18-cv-14-BBC

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant-Appellee.

### NOTICE OF APPEAL

***Notice is hereby given*** that M. Terry Massaligia, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated January 3, 2019 and the judgment dated January 3, 2019 by Federal District Judge Barbara B. Crabb which affirmed the decision of the Defendant, Nancy Berryhill, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 3rd day of March 2019.

                                                **DUNCAN DISABILITY LAW, S.C.**
                                                Attorneys for the Plaintiff

                                                /s/ Dana W. Duncan

                                                Dana W. Duncan
                                                State Bar I.D. No.
                                                01008917 555 Birch St
                                                Nekoosa, WI 54457

(715) 423-4000